# Morgan Lewis

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/17/24__

**Kaitlyn Whiteside**
Associate
+1.212.309.6375
kaitlyn.whiteside@morganlewis.com

September 17, 2024

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:    Williams v. Amazon.com, Inc. - Civil Action No. 1:24-cv-04487-ALC**

Your Honor:

We represent Defendant Amazon.com Services, Inc. ("Amazon" or the "Company")[1] in the above-referenced action.  We write pursuant to Rule 1(D) Your Honor's Individual Practices and Rules to respectfully request a 2-week extension to submit Defendant's Motion to Dismiss.  Plaintiff Katana Williams consents to this request. Pursuant to the current briefing schedule, Defendant's Motion to Dismiss is due on October 1, 2024, Plaintiff's Opposition is due on October 15, 2024, and Defendant's Reply brief is currently due on October 22, 2024.  If the 2-week extension is granted, Defendant's Motion to Dismiss would be due on October 15, 2024, Plaintiff's opposition on October 29, 2024, and Defendant's reply would be due on November 5, 2024.  This is the first request for an extension of the briefing schedule.  If granted, this request for an extension of time will not affect any other scheduled dates in this matter.

Sincerely,

/s/ Kaitlyn F. Whiteside

Kaitlyn Whiteside

KW

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

September 17, 2024
New York, New York

---

[1] Defendant is incorrectly named in the Complaint as "Amazon.com, Inc."

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060          ☎ +1.212.309.6000
United States                             🖷 +1.212.309.6001