USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/27/2024__

**PHILLIPS & ASSOCIATES**
*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

**MEMO ENDORSED**

November 26, 2024

**Via ECF**
The Honorable Andrew L. Carter, U.S. District Judge
United States District Court Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

    Re:    ***Katana Williams v. Amazon.com, Inc*. (Case No. 1:24-cv-04487)**

Your Honor:

    Our firm represents Plaintiff Katana Williams in the above-referenced action. We write jointly with Defendant to advise the Court that the parties have agreed to terms, in principle, to resolve this matter. As a result, the parties jointly request a 45-day stay to avoid early dismissal of the case pending the negotiation of the final terms of the resolution.

    Thank you for your assistance in this matter.

                                                     Sincerely,

                                                     Michelle A. Caiola, Esq.
                                                     Jonathan Trinidad-Lira, Esq.
                                                     *Attorneys for Plaintiff*
                                                     Phillips & Associates
                                                     45 Broadway, Suite 430
                                                     New York, New York 10006
                                                     T: (212) 248-7431
                                                     mcaiola@tpglaws.com

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

November 27, 2024
New York, NY