UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
KATANA WLLIAMS,                                               :
                                                              :
                            Plaintiff,                        :
                                                              :     1:24-cv-04487 (ALC)
              -against-                                       :
                                                              :     **ORDER**
AMAZON.COM, INC.,                                             :
                                                              :
                            Defendant.                        :
------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's letter requesting this matter be referred for a settlement conference. ECF No. 31. Defendant shall file a letter on ECF stating its position on the Plaintiff's letter on or before March 7, 2025.

**SO ORDERED.**

Dated:   March 3, 2025
         New York, New York

_____
**ANDREW L. CARTER, JR.
United States District Judge**