# Morgan Lewis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 03/07/2025

**Ashley J. Hale**
Partner
+1.212.309.6878
ashley.hale@morganlewis.com

March 7, 2025

The Honorable Andrew L. Carter
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:     Katana Williams v. Amazon.com, Inc.; Case No. 1:24-cv-04487

Your Honor:

We represent the Defendant, Amazon.com Services, Inc. ("Defendant") in the above-referenced matter.[1]  As Plaintiff's counsel noted, the parties have been in the process of negotiating a resolution of this matter.  The parties are happy to report they have resolved the remaining the non-monetary term, and as such, a settlement conference is no longer needed.  The parties anticipate filing a stipulation of voluntary dismissal shortly, and as such, respectfully request a continuation of the stay until April 11, 2025 to finalize the resolution.

Sincerely,

s/ Ashley Hale

Ashley J. Hale

*Granted. The Clerk of Court is respectfully directed to terminate this motion, and ECF No. 31 as moot.*

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
March 7, 2025
New York, NY

---

[1] Defendant is incorrectly named in the Complaint as "Amazon.com, Inc."

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY  10178-0060
United States
☏ +1.212.309.6000
📠 +1.212.309.6001