UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATANA WILLIAMS,<br><br>                    Plaintiff,<br><br>        -against-<br><br>AMAZON.COM, INC.,<br><br>                    Defendant. | 1:24-cv-04487 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been settled, it is hereby ORDERED that the above-captioned action is discontinued. The Clerk of Court is respectfully directed to lift the stay in this case, terminate all pending motions, and close this case.

**SO ORDERED.**

Dated:   April 15, 2025
        New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**